IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAHI OHMAHREE SPEARS,

         Plaintiff,

v.

FIRST GUARANTY MORTGAGE CORPORATION, et al.,

         Defendants.

NO. C09-5721 TEH

ORDER VACATING FEBRUARY 1, 2010 HEARING AND ORDER TO SHOW CAUSE

Defendant First Guaranty Mortgage Corporation ("First Guaranty") filed a motion for summary judgment on December 11, 2009, and, by second amended notice filed on December 16, 2009, noticed this motion for hearing on February 1, 2010. Under Civil Local Rule 7-3(a), Plaintiff's opposition or statement of non-opposition was therefore due on January 11, 2010. To date, Plaintiff has failed to file any response to First Guaranty's motion.

On January 12, 2010, this Court's courtroom deputy telephoned and left a voice-mail message for Plaintiff's counsel to inquire about the missing filing. Plaintiff's counsel has not, to date, returned this call.

Accordingly, with good cause appearing, IT IS HEREBY ORDERED that the February 1, 2010 motion hearing is VACATED.

IT IS FURTHER ORDERED that Plaintiff shall SHOW CAUSE as to why this case should not be dismissed for failure to prosecute. It appears from the above history that Plaintiff has abandoned this case. If Plaintiff fails to file a written response to this order to show cause on or before **January 20, 2010,** then this matter shall be dismissed with prejudice. If Plaintiff files a timely written response, then the Court will consider Plaintiff's filing and issue a subsequent case management order, which may include both a revised

briefing and hearing schedule on First Guaranty's motion and a hearing as to why sanctions should not be imposed for Plaintiff's failure to file a timely opposition or statement of non-opposition to the pending motion.

**IT IS SO ORDERED.**

Dated:   01/14/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT