United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAHI OHMAHREE SPEARS,

    Plaintiff,

v.

FIRST GUARANTY MORTGAGE CORPORATION, et al.,

    Defendants.

NO. C09-5721 TEH

ORDER DISMISSING CASE

Defendant First Guaranty Mortgage Corporation filed a motion for summary judgment on December 11, 2009, and, by second amended notice filed on December 16, 2009, noticed its motion for hearing on February 1, 2010. To date, Plaintiff has failed to file an opposition or statement of non-opposition, which was due on January 11, 2010. In addition, Plaintiff has not responded to a January 12, 2010 telephone call from the Court inquiring about Plaintiff's failure to file opposition papers.

On January 14, 2010, the Court issued an order to show cause as to why this case should not be dismissed for failure to prosecute. The order provided that this case would be dismissed with prejudice if Plaintiff failed to file a written response to the order to show cause on or before January 20, 2010. Plaintiff has failed to do so, and this case is therefore dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 01/21/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT