UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAHI OHMAHREE SPEARS,

        Plaintiff,

  v.

FIRST GUARANTY MORTGAGE et al,

        Defendant.

Case Number: CV09-05721 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jahi Spears
151 Fuchsia Ct.
Hercules, CA 94547

Dated: February 4, 2010

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk