IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAHI OHMAHREE SPEARS,

    Plaintiff,

v.

FIRST GUARANTY MORTGAGE CORPORATION, et al.,

    Defendants.

NO. C09-5721 TEH

<u>ORDER GRANTING APPLICATION TO SUBMIT REPLY PAPERS ON DEFENDANT'S MOTION FOR ORDER AWARDING SANCTIONS</u>

    Defendant First Guaranty Mortgage Corporation's application to submit reply papers on its motion for an order awarding sanctions is hereby GRANTED. The papers submitted by Defendant on February 15, 2010, shall be deemed filed and will be considered by the Court.

**IT IS SO ORDERED.**

Dated: 02/17/10

                                            _____
                                            THELTON E. HENDERSON, JUDGE
                                            UNITED STATES DISTRICT COURT